1  STEVEN M. SCHATZ, State Bar No. 118356
   IGNACIO E. SALCEDA, State Bar No. 164017
2  CHERYL W. FOUNG, State Bar No. 108868
   KELLEY E. MOOHR, State Bar No. 216823
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: kmoohr@wsgr.com

7  Attorneys for Defendants
   HEWLETT PACKARD COMPANY AND
8  CARLETON FIORINA

9
                    UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
   GEORGIANNA HANRAHAN, IRA,            )   CASE NO.:  C05-2047 CRB
14 individually and on behalf of all others similarly )
   situated,                            )   **STIPULATION AND [PROPOSED]**
15                                      )   **ORDER SETTING BRIEFING**
              Plaintiff,                )   **SCHEDULE RE MOTION TO**
16                                      )   **DISMISS**
        v.                              )
17                                      )
                                        )
18 HEWLETT-PACKARD COMPANY and          )
   CARLETON FIORINA                     )
19                                      )
              Defendants                )
20 _____)

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER SETTING BRIEFING
SCHEDULE RE MOT. TO DISMISS
C-05-02047 CRB

1    WHEREAS, on March 24, 2006, the Court granted plaintiff Georgianna Hanrahan IRA's ("Lead Plaintiff") motion for appointment as lead plaintiff, and approved Shapiro Haber & Urmy LLP as Lead Plaintiff's counsel;

WHEREAS, on March 24, 2006, the Court set a hearing date for Defendants' Motion to Dismiss for June 16, 2006 at 10:00 A.M.;

WHEREAS, on April 7, 2006, Lead Plaintiff filed an Amended Class Action Complaint ("Amended Complaint");

WHEREAS, the parties have met and conferred on a schedule for briefing Defendants' Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the briefing schedule for Defendants' Motion to Dismiss will be:

| | |
|---|---|
| Defendants' Motion to Dismiss Due: | April 28, 2006 |
| Plaintiff's Opposition Due: | May 19, 2006 |
| Defendants' Reply Due: | June 2, 2006 |

Per the Court's Order, the hearing on Defendants' Motion to Dismiss shall take place on June 16, 2006 at 10:00 A.M.

Dated: April 18, 2006          SHAPIRO HABER & URMY LLP

                               By:   /s/Edward F. Haber
                                     Edward F. Haber

                               Attorneys for Lead Plaintiff

Dated: April 18, 2006          WILSON SONSINI GOODRICH & ROSATI, P.C.

                               By:   /s/Ignacio E. Salceda
                                     Ignacio E. Salceda

                               Attorneys for Defendants

### [PROPOSED] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: April 18, 2006          By: _____
                                   THE HONORABLE CHARLES R. BREYER
                                   United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*